UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FRANK STEWART | * | CIVIL ACTION |
| VERSUS | * | NO. 23-5729 |
| JEFFERY GONZALEZ | * | SECTION "T" (2) |

## **ORDER**

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation and finding that, as of this date, plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Plaintiff Frank Stewart's claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction and failure to prosecute.

New Orleans, Louisiana, this   26th   day of    August   , 2024.

_____
GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE